FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

RECEIVED
MAIL ROOM
MAR 25 2009
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 25 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 5:09CW00094 JMM/HDY

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Manuel Rodriguez
ADC # 128041

Address: 2501 State Farm Road Tucker Ark. 72168

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Moody
and to Magistrate Judge Young

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Tensley Veronica Q

Position: CO. II

Place of employment: Varner unit max

Address: P.O. Box 600 Brady, AR. 71644

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.   Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☒ both official and personal capacity

III.   Previous lawsuits

    A   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

    Yes ___   No _X_

    B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

☐     Court (if federal court, name the district; if state court, name the county):
_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.    Place of present confinement: _____

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

       Yes ____   No _X_

   B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

3

Yes ___ No _X_

If not, why? Because disciplinary matters are not grievable. The disciplinary appeal wasent followed through all stages because interferrence by employees.

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This is a civil action authorized by 42 U.S.C. 1983 to redress the deprivation under color of state law of rights secured by the constitution of the united states. On 5-24-05 at the time of said incident I was sleeping because it was 7:20 a.m. Im ready to take polygraph test to prove that Tensley veronica falsefied documents that convicted me of a disciplinary infraction," the full punishment I received as a result of the conviction to proceed being deprived of my liberty without due process of law." ~~Court~~ "Tensley veronica violated my equal protection of law by violating my due process of law." I corresponded major disciplinary appeals form to warden of varner unit on 5-26-05 but the process wasent followed through because interferring

by employees. I never received response from warden within 10 calender days of receipt of appeal

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. To allow me the apportunity to amend complaint without arguing to demonstrate constitutional violations. Also award compensatory damages in the following amount 5 thousnd dollars against defendant for violating my equal protection of law and due process of law. Award punitive damages in the following amount 5 thousnd dollars and jury trial.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 3 day of 20 , 20 09 .

Manuel Rodrigun
Signature(s) of plaintiff(s)

3-22-09
NOTARY: Michael Ferricher

NOTARY Expires: 9-17-2017

