IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MANUEL RODRIGUEZ                                                                    PLAINTIFF
ADC #128041

V.                                          NO: 5:09CV00094 JMM

VERONICA TENSLEY                                                                    DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 2nd day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE